No. 80–2106. GENERAL ATOMIC CO. *v.* UNITED NUCLEAR CORP. (two cases). Ct. App. Cal., 4th App. Dist. Certiorari denied. JUSTICE BLACKMUN would grant certiorari.

No. 80–1713. LIN, ADMINISTRATOR, ET AL. *v.* AMERICAN AIRLINES, INC., ET AL. C. A. 7th Cir. Certiorari denied. JUSTICE STEVENS and JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 80–1838. INTERNATIONAL SOCIETY FOR KRISHNA CONSCIOUSNESS, INC. *v.* CITY OF EVANSTON. App. Ct. Ill., 1st Dist. Certiorari denied. JUSTICE BRENNAN and JUSTICE MARSHALL would grant the petition for writ of certiorari, vacate the judgment, and remand the case for further consideration in light of *Parratt* v. *Taylor*, 451 U. S. 527 (1981).

No. 80–1893. DEWEESE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. JUSTICE BRENNAN and JUSTICE WHITE would grant certiorari.

No. 80–1994. NASH COUNTY BOARD OF EDUCATION *v.* BILTMORE CO. ET AL. C. A. 4th Cir. Certiorari denied. JUSTICE BRENNAN and JUSTICE WHITE would grant certiorari.

No. 80–1908. O'HAIR ET AL. *v.* CLEMENTS ET AL. C. A. 5th Cir. Certiorari denied. JUSTICE BRENNAN would grant certiorari.

No. 80–1957. SCRIMGEOUR *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. JUSTICE BRENNAN would grant certiorari.